```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>QUASEAN SHAW,<br><br>Defendant. | 22-cr-610 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that any motions in this case other than *in limine* motions are due by March 15, 2023.  The parties shall appear for a Status Conference on March 29, 2023 at 11:00 AM.  On motion by the Government, and on consent of the Defendant, all time from the date of this Order until March 29, 2023 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial.  The exclusion will allow time for Defendant to receive outstanding discovery, analyze such discovery, strategize regarding potential motion practice, prepare motions in advance of the deadlines set out herein, and to prepare a defense or work toward resolution of this action.

**SO ORDERED.**

Date:  **November 18, 2022**
         **New York, NY**

                                                                    **MARY KAY VYSKOCIL**
                                                                    **United States District Judge**