

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/10/2023__

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Quasean Shaw*, 22 Cr. 610 (MKV)

Dear Judge Vyskocil:

    The Government writes with respect to upcoming dates and deadlines in the above captioned action. The parties have been engaging in discussions regarding a potential pre-trial resolution of this case and believe that they may arrive at an agreement in the next few weeks. Accordingly, the parties respectfully request a 2 to 3 week adjournment of the March 29, 2023 status conference and the March 15, 2023 deadline for Rule 12 motions.

    The Government also requests that Speedy Trial time be excluded from today until the date of any rescheduled conference in order for the parties to continue engaging in such discussions, as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Counsel for the defendant consents to the exclusion of time.

GRANTED. The March 15, 2023 deadline for Rule 12 motions is hereby adjourned to April 5, 2023. The March 29, 2023 Status Conference is hereby adjourned to April 19, 2023 at 3:00 PM. On request of the Government, and on consent of the Defendant, all time from the date of this Order until April 19, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by granting this exclusion outweigh the interest of the public and the defendant in a speedy trial. SO ORDERED.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    _____
    Jerry J. Fang
    Assistant United States Attorney
    Southern District of New York
    Tel. 212-637-2584

Date:  __3/10/2023__
New York, New York

Mary Kay Vyskocil
United States District Judge