

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2023
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2023

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Quasean Shaw*, 22 Cr. 610 (MKV)

Dear Judge Vyskocil:

  With defense counsel's consent, the Government respectfully writes to advise the Court that the parties have reached a resolution in the above-captioned case, for which a status conference is currently scheduled for April 19, 2023. The parties anticipate that a plea agreement and proposed consent preliminary order of forfeiture will be executed in the next week. Accordingly, the parties jointly request that the April 19, 2023 status conference be converted to a change of plea hearing and adjourned to a time convenient for the Court on April 28, 2023, or alternatively, on April 27, 2023 in the morning or early afternoon.

  The Government also requests that Speedy Trial time be excluded until the date of any rescheduled conference, as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Counsel for the defendant consents to this exclusion of time.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

    By: _____
       Jerry J. Fang
       Assistant United States Attorney
       Southern District of New York
       Tel. 212-637-2584

cc: Ariel Werner, Esq. (by ECF)

The Status Conference Scheduled for April 19, 2023 is hereby converted to a change of plea hearing and rescheduled to May 3, 2023 at 3:00 PM. On the consent of the defendant, and in the interest of justice, the Speedy Trial time is excluded until the date of the change of plea hearing.
SO ORDERED.

Date: 4/14/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge