```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -against-

QUASEAN SHAW,

        Defendant.

22-cr-610 (MKV)

ADJOURNMENT ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing scheduled for October 4, 2023 is adjourned to October 24, 2023 at 2:00 PM. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

Date: **September 18, 2023**
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1