# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2023

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

September 19, 2023

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
New York, NY 10007

Re: *United States v. Quasean Shaw*, 22 Cr. 610 (MKV)

Dear Judge Vyskocil:

Yesterday, the Court issued an Order adjourning Quasean Shaw's sentencing from October 4, 2023 to October 24, 2023.  Dkt. 20.  I write with the Government's consent to request an additional six-week adjournment beyond October 24, to allow Mr. Shaw and counsel to finalize his sentencing submission.  Thank you for your consideration of this request.

Respectfully submitted,

Ariel Werner
Federal Defenders of New York
212-417-8700

cc:   Jerry Fang, Assistant U.S. Attorney

**Defendant's sentencing scheduled for October 24, 2023 is adjourned to December 20, 2023 at 10:30 AM. SO ORDERED.**

Date: 9/20/2023
New York, New York

Mary Kay Vyskocil
United States District Judge