

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023
```

December 12, 2023

**BY ECF AND EMAIL**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *United States v. Quasean Shaw*, 22 Cr. 610 (MKV)

Dear Judge Vyskocil:

     The Government respectfully submits this letter in advance of the sentencing in this matter, currently scheduled for December 20, 2023, and the date for the Government to file its sentencing submission, currently scheduled for December 13, 2023.

     In the course of preparing its submission, the Government has concluded that the PSR erroneously calculates the defendant's Criminal History Category in light of the November 1, 2023 amendments to the U.S. Sentencing Guidelines. The Government believes that a one- to two-week adjournment of the sentencing hearing is appropriate to allow the Probation Department to provide the Court with an updated PSR, sentencing statistics, and sentencing recommendation, and that a corresponding adjournment of the Government's deadline to file its sentencing submission would also allow the Government additional time to confer internally regarding its sentencing recommendation.

     Based on discussions with defense counsel, the Government understands that defense counsel does not consent to an adjournment of the sentencing hearing, but consents to a modest extension of the Government's deadline to file its sentencing submission. If the Court is inclined to keep the date of the sentencing hearing, the Government respectfully requests that it be permitted to file its sentencing submission by end of day on December 17, 2023, to which the Government understands the defense has no objection.

December 12, 2023
Page 2

    The Government thanks the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jerry J. Fang
Assistant United States Attorney
(212) 637-2584

---

**The sentencing scheduled for December 20, 2023 is hereby adjourned to January 10, 2024 at 2:00 PM. On or before January 3, 2024, the parties are HEREBY DIRECTED to file a joint letter advising the Court whether the recently enacted amendments to the Sentencing Guidelines are in any way relevant to the upcoming sentencing of Defendant Shaw. The Clerk of Court is respectfully requested to terminate docket entry number 25. SO ORDERED.**

Date: 12/14/2023
New York, New York

Mary Kay Vyskocil
United States District Judge